IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | 2:10-MD-01426-RBS |
| | : | |
| AUTOMOTIVE REFINISHING PAINT | : | |
| ANTITRUST LITIGATION | : | |
| | : | |
| | : | |
| Respondent | : | |
| | : | |
| CONSEIL EUROPEEN DE | : | |
| L'INDUSTRIE DES PEINTURES, | : | |
| DES ENCRES D'IMPREMERIE ET | : | |
| DES COULEURS D' ART | : | |

O R D E R

AND NOW, this 16th day of September, 2009, the Court having granted Plaintiff's Motion Authorizing Disposition of the Balance of the Settlement Fund and Termination of the Litigation on April 24, 2009, it is ORDERED that the Clerk of Court for the Eastern District of Pennsylvania shall mark the following cases closed:

01-2830  CAR COLOR & AUTO BODY SUPPLY, LTD. v. PPG INDUSTRIES, INC., et al

01-2906 GOLDEN MOTORS, INC. v. PPG INDUSTRIES, INC., et al

01-2983 CHARLES LESSARD v. PPG INDUSTRIES, INC., et al

01-3105 YURI SHNEYDER v. PPG INDUSTRIES, INC., et al

01-3174 SAJON INVESTMENTS v. PPG INDUSTRIES, INC., et al

01-3206 HOWARD J. WALTERS v. PPG INDUSTRIES, INC., et al

01-3226 MARK SHARONE v. SHERWIN-WILLIAMS CO., et al

01-3275 NICASTRO INDUSTRIES v. SHERWIN-WILLIAMS CO., et al

01-3437 CRAWFORD'S AUTO CENTER, INC. v. E.I. DUPONT, et al

01-3470 JACQUELINE AUTO BODY v. PPG INDUSTRIES, INC., et al

01-3650 PASTERNACKS PAINT & WALLPAPER CO., INC. v. SHERWIN-WILLIAMS, et al

01-4142 AUTO BODY SUPPLY OF DELCO, INC. v. SHERWIN-WILLIAMS, et al

01-4166  70-30 CORPORATION v. PPG INDUSTRIES, INC., et al

01-4167 MI-LI CORPORATION v. PPG INDUSTRIES, INC., et al

01-4438 WES'S PLACE AUTO BODY, INC. v. PPG INDUSTRIES, INC., et al

01-4491 WASHBURN'S AUTOBODY v. PPG INDUSTRIES, INC., et al

01-5020 THOMAS SARRIS v. PPG INDUSTRIES, INC., et al

01-5046 DR. RALPH'S AUTOMOTIVE, INC., et al. v. PPG INDUSTRIES, INC., et al

01-5951 KETONE AUTOMOTIVE, INC. v. SHERWIN-WILLIAMS CO., et al

01-5958 ANTHONY KOEY v. PPG INDUSTRIES, INC., et al

01-5959 PETER SAHAGIAN v. PPG INDUSTRIES, INC., et al

01-5960 JOHN SAHAGIAN v. PPG INDUSTRIES, INC., et al

01-5989 PRECISE AUTOBODY v. PPG INDUSTRIES, INC., et al

01-5990 STEPHEN WILSON v. PPG INDUSTRIES, INC., et al

01-6025 AFFORDABLE AUTO BODY CARSTAR, INC. v. PPG INDUSTRIES, INC., et al

01-6057 AUTOMOTIVE BODY & TIRE CENTER, INC. v. DUPONT PERFORMANCE, et al

01-6058 GRANT PARK GARAGE, L.L.C. v. PPG INDUSTRIES, INC., et al

01-6059 SID KAPRELIAN v. PPG INDUSTRIES, INC., et al

01-6142 AARC DISTRIBUTORS v. E.I. DUPONT DE NEMOURS AND CO., et al

02-0213 CHARLES CHAPMAN v. PPG INDUSTRIES, INC., et al

02-0214 WILLIS PICKENS v. PPG INDUSTRIES, INC., et al

02-0280 MNS BODY SHOP SUPPLY, INC. v. PPG INDUSTRIES, INC., et al

02-0281 BROOKLYN PARK COLLISION, INC. v. DUPONT PERFORMANCE, et al

02-0282 DANIEL DEVALK v. PPG INDUSTRIES, INC., et al

02-0283 UPTOWN AUTO BODY v. PPG INDUSTRIES, INC., et al

02-0284 ROOT RIVER AUTO BODY LTD. v. PPG INDUSTRIES, INC., et al

02-0292 CUSTOMS UNLIMITED v. PPG INDUSTRIES, INC., et al

02-0293 IMAGE AUTOMOTIVE LTD. v. PPG INDUSTRIES, INC., et al

02-0294 TOWER REBUILDERS LTD. v. PPG INDUSTRIES, INC., et al

02-0295 GEORGE TZILOS v. PPG INDUSTRIES, INC., et al

02-0296 DOUBLE D AUTO, INC. v. PPG INDUSTRIES, INC., et al

02-0297 DAVID R. BOSAK v. PPG INDUSTRIES, INC., et al

02-0347 DEFINIZIO IMPORTS, INC. v. PPG INDUSTRIES, INC., et al
02-0348 TOPP AUTOMOTIVE, INC. v. PPG INDUSTRIES, INC., et al
02-0349 LISTER AUTOMOTIVE v. PPG INDUSTRIES, INC., et al
02-0350 MILLER PARTS CO. v. PPG INDUSTRIES, INC., et al
02-0351 LEN HERBERT v. PPG INDUSTRIES, INC., et al
02-0354 BRUCE PARULSKI v. PPG INDUSTRIES, INC., et al
02-0355 THOMAS KRAUSE v. PPG INDUSTRIES, INC., et al
02-0356 DON POLLMAN v. PPG INDUSTRIES, INC., et al
02-0357 D&L AUTO SERVICES, INC. v. PPG INDUSTRIES, INC., et al
02-0358 TOPP AUTOMOTIVE, INC. v. PPG INDUSTRIES, INC., et al
02-0494 J.A. STAFFORD CO. v. PPG INDUSTRIES, INC., et al
02-0614 WESTWOOD AUTOMOTIVE v. AKZO NOBEL COATINGS, et al.
02-0615 HANS GOTTWALD'S FOREIGN AUTO BODY SHOP, INC. v. BASF AG, et al.
02-0616 EVANS PONTIAC, INC. v. AKZO NOBEL COATINGS, et al
02-0617 E & G AUTO PARTS INC. v. BASF AG, et al.
02-0618 J.S. COMPLETE v. AKZO NOBEL COATINGS, et al.
02-3333 MICHAEL DESHA v. PPG INDUSTRIES, INC., et al
02-3555 CT COLOR AND SUPPLY, INC. v. PPG INDUSTRIES, INC., et al
02-3560 NORTHERN AUTO PARTS, INC. v. E.I. DUPONT DE NEMOURS AND CO., et al

IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge